UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>Plaintiff,<br><br>v.<br><br>W.A. DOBIE, *et al.*[1],<br><br>Defendants. | Case No. 2:20-cv-00834-TLN-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 26 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under the Americans with Disabilities Act. On March 24, 2021, defendants filed a motion to opt out of the court's alternative dispute resolution program. ECF No. 26.

Good cause appearing, it is hereby ORDERED that:

1. Defendants' motion, ECF No. 26, is granted.

2. The April 22, 2021 settlement conference set in this case before Magistrate Judge Kendall J. Newman is vacated.

3. The stay entered February 22, 2021 is lifted.

---

[1] This action proceeds on the first amended complaint's First Amendment retaliation claims against defendants Dobie, Pinhiero, and Roy and Eighth Amendment claims against defendants Pinhiero and Roy. ECF Nos. 12 & 15. Accordingly, the Clerk of the Court is directed to amend the case name to *Stuckey v. Dobie, et al.*, 2:20-cv-00834-TLN-JDP.

4. Any motion to revoke plaintiff's *in forma pauperis* status shall be filed within twenty-one days of the date of this order.

IT IS SO ORDERED.

Dated: __March 26, 2021__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2