IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE KENNETH STUCKEY,** | Case No. 2:20-cv-00834 TLN JDP |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al. ,** | |
| Defendants. | |

The Court, having considered Defendants' motion to modify the discovery and scheduling order, and good cause having been shown:

IT IS ORDERED: Defendants' motion, ECF No. 34, is granted. Discovery in this case is stayed. The deadlines to serve written discovery requests, conclude discovery, and file dispositive motions are vacated. These deadlines shall be re-set, if necessary, following resolution of Defendants' motion to revoke Plaintiff's *in forma pauperis* status.

IT IS SO ORDERED.

Dated: __July 8, 2021__  _____
JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE