UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY, JR., | No. 2:20-cv-00834-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 36.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 10, 2021, (ECF No. 36), are adopted in full;

1

2. Defendants' motion to revoke plaintiff's in *forma pauperis* status, (ECF No. 30), is granted.

3. Plaintiff's *in forma pauperis* status is revoked.

4. Plaintiff shall pay the $402 filing fee within twenty-one days of the date of this order; and

5. Failure to pay the $402 filing fee within twenty-one days will result in this action being dismissed without prejudice.

**DATED:  January 10, 2022**

Troy L. Nunley
United States District Judge

2