1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDRE KENNETH STUCKEY, JR.,          No.  2:20-cv-00834-TLN-JDP

12                 Plaintiff,

13         v.                              **ORDER**

14    STATE OF CALIFORNIA, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 11, 2022, the Court revoked Plaintiff's *in forma pauperis* status because he is

21    a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g).  (ECF No. 37.)  Plaintiff was

22    granted twenty-one days in which to pay the $402 filing fee for this action and warned that failure

23    to timely submit the fee would result in dismissal of this action.  (*Id*.)  Plaintiff has not paid the

24    filing fee, and the allotted time has passed.

25         Accordingly, it is hereby ORDERED that:

26         1. This action is dismissed without prejudice for failure to pay the filing fee; and

27    ///

28    ///

1

2.  The Clerk of Court is directed to close the case.

DATED:  March 9, 2022

Troy L. Nunley
United States District Judge